

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00122-CR

---

In re Devoris Newson, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Devoris Newson, filed a petition for writ of mandamus on March 20, 2026. After consideration, the Court has determined that Newson is not entitled to the relief sought. Accordingly, we deny the petition.

GINA M. PALAFOX, Justice

May 11, 2026

Before Palafox and Soto, JJ., Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment

(Do Not Publish)